**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUL 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KULDIP KAUR, | No. 08-74477 |
| Petitioner, | Agency No. A099-330-481 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 15, 2010[**]
Seattle, Washington

Before: RYMER and N.R. SMITH, Circuit Judges, and CEBULL, Chief District
Judge.[***]

Kuldip Kaur, a national and citizen of India, petitions for review of a final

order of the Board of Immigration Appeals (BIA) affirming the immigration

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

[***]     The Honorable Richard F. Cebull, United States District Judge for the
District of Montana, sitting by designation.

judge's (IJ) decision denying her application for asylum and withholding of removal under both the Immigration and Nationality Act and the United Nations Convention Against Torture (CAT). We have jurisdiction pursuant to 8 U.S.C. § 1252(a)(1), and deny the petition for review.

Substantial evidence supports the IJ's adverse credibility determination under the REAL ID Act, which applies. *See* Pub. L. No. 109-13, Div. B, Title I, § 101(a)(3), 119 Stat. 231, 303 (codified at 8 U.S.C. § 1158(b)(1)(B)(iii)). Although Kaur gave detailed testimony about other things, her testimony about harassment she claimed to suffer was vague, generalized, and devoid of details. Likewise, the affidavits submitted by the sarpanch of her village and Kaur's brother fail to mention any problems that Kaur experienced. Given the totality of the circumstances, the IJ was not compelled to find her credible. That being so, there was no credible evidence to support her claim for asylum, withholding of removal, or relief under CAT.

PETITION FOR REVIEW DENIED.